**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

Vernon Ed McGuire, III
Plauche', Smith & Nieset
P. O. Drawer 1705
Lake Charles LA 70602

Harry Alston Johnson, III
Phelps, Dunbar
400 Convention St., Suite 1100
Baton Rouge LA 70802

Kevin W. Welsh
Phelps Dunbar, LLP
400 Convention St, #1100
Baton Rouge LA 70802-5618

> Judgment on rehearing rendered and mailed to all parties or counsel of record on June 26, 2019

**REHEARING ACTION: June 26, 2019**

**Docket Number: 18   00996-CA**

**DENEE ASHLEY PIKE AND**
**TRENT PIKE, ET AL.**
**VERSUS**
**CALCASIEU PARISH SCHOOL BOARD**

**Appealed from Calcasieu Parish Case No. 2014-639**

**BEFORE JUDGES:**

**Hon. Ulysses Gene Thibodeaux**
**Hon. Shannon J. Gremillion**
**Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Calcasieu Parish School Board** has this day been

**DENIED.**
Conery, J., would grant the rehearing.

cc: Somer G. Brown, Counsel for the Appellee